UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:19-cv-81525-RKA

HOWARD COHAN,

    Plaintiff,

vs.

RMIN ENTERPRISES LLC
a Florida Limited Liability Company
d/b/a ISLAND WAY SHELL

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, Plaintiff expects to file a notice of dismissal within thirty (30) days and the parties should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 16, 2019.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day vis us mail on:

    RMIN ENTERPRISES LLC
    c/o MINIAS, ROBERT E
    3037 HARTRIDGE TERRACE
    WELLINGTON, FL 33414

And via email to Defendant's Counsel Greg Tayon, greg@tayonlaw.com

                                                       **/s/ Gregory S. Sconzo**
                                                       **Gregory S. Sconzo, Esq.**